Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN CARLOS DE URIOSTE,<br><br>　　　　　　Defendant. | DOCKET NO: 6:10-mj-122-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

　　　　Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice, for Citation #1848402 – Possession of a controlled substance (marijuana). DE URIOSTE plead Guilty to Citation #1848402 – Possession of a controlled substance, on August 10, 2010, with a 12 month deferred entry of judgment for Citation #1848402, 12 months of unsupervised probation, and a $250 fine. DE URIOSTE paid the fine, but was convicted of driving without a license three days before the end of probation and the deferral. However, the Government will not be taking any action on the violation.

Dated:  September 9, 2014                    NATIONAL PARK SERVICE

         /S/ Matthew McNease
Matthew McNease
Acting Legal Officer

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that Count 1 in the above referenced matter, *United States v. Juan Carlos De Urioste*, 6:10-mj-122-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   September 9, 2014          /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE